**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Noel Medina** | Social Security number or ITIN  **xxx–xx–4734** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed in chapter **13**   **11/11/15** |
| Case number: | **15–38466** | Date case converted to chapter **7**   **6/7/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Noel Medina | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 222 Dorsett Ave.<br>Oswego, IL 60543 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Peter N Metrou<br>Metrou & Associates PC<br>123 W Washington St Suite 216<br>Oswego, IL 60543 | Contact phone 630–551–7171<br>Email: trustee7@metandnem.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 6/11/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**807 W. John Street, First Floor, Yorkville, IL 60560** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/10/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-38466-PSH
Noel Medina                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: carmstead         Page 1 of 2            Date Rcvd: Jun 11, 2018
                             Form ID: 309A           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
```
db             +Noel Medina,    222 Dorsett Ave.,    Oswego, IL 60543-6056
23916103        Americash Loans,    880 Less St. Ste. 302,    Des Plaines, IL 60016
24008467       +Atlas Acquisitions LLC  (Triple Services LLC),    294 Union St.,    Hackensack, NJ 07601-4303
23916105       #Blatt, Hasenmiller, Leibsker&Moore,    10 South La Salle Street, Suite 2200,
                 Chicago, IL 60603-1069
23916106       +Car Outlet AC, LLC,    3411 N Cicero Ave.,    Chicago, IL 60641-3719
23916107       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
23916113       +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
24150028       #+Porania LLC,    P. O. Box 11405,   Memphis TN 38111-0405
24376832       +Total Finance AC, LLC,    3400 N Pulaski Rd,    Chicago, IL 60641-4023
23916115        Ttl Fin Ac,   2900 West Irving P,    Chicago, IL 60618
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: cutlerfilings@gmail.com Jun 12 2018 00:59:19      David H Cutler,
                 Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL  60076
tr             +EDI: QPNMETROU.COM Jun 12 2018 04:33:00      Peter N Metrou,    Metrou & Associates PC,
                 123 W Washington St Suite 216,    Oswego, IL 60543-1049
24122297       +E-mail/Text: cashnotices@gmail.com Jun 12 2018 01:02:08      AmeriCash Loans, L.L.C.,
                 P.O. Box 184,    Des Plaines, IL 60016-0003
23985592       +EDI: ATLASACQU.COM Jun 12 2018 04:33:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
23916104        EDI: BANKAMER.COM Jun 12 2018 04:34:00      Bank Of America,    Po Box 982236,
                 El Paso, TX 79998
24122296       +E-mail/Text: opportunitynotices@gmail.com Jun 12 2018 01:01:46      Brandon S. Lefkowitz,
                 24100 Southfield Road,    Suite 203,    Southfield, MI 48075,    Southfield, MI 48075-2851
23916109       +EDI: FSAE.COM Jun 12 2018 04:34:00      Firstsource Advantage,LLC,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
23916110       +EDI: IIC9.COM Jun 12 2018 04:34:00      IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,
                 St Paul, MN 55164-0378
23916112       +EDI: MID8.COM Jun 12 2018 04:33:00      MRC Receivables Corporation,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
23916111       +EDI: MID8.COM Jun 12 2018 04:33:00      Midland Credit Management,    PO Box 939069,
                 San Diego, CA 92193-9069
24279733        EDI: NAVIENTFKASMDOE.COM Jun 12 2018 04:34:00
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
23916114       +E-mail/Text: bankruptcy@speedyinc.com Jun 12 2018 00:59:59      Speedy Cash,    1218 N Lake St.,
                 Aurora, IL 60506-2476
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23916108*      +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: carmstead              Page 2 of 2                  Date Rcvd: Jun 11, 2018
                               Form ID: 309A                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2018 at the address(es) listed below:

```
              Craig E. Reimer    on behalf of Other Prof. Andrew  DeLuca creimer@mayerbrown.com,
               courtnotification@mayerbrown.com
              David H Cutler    on behalf of Debtor 1 Noel  Medina cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Jeffrey S Dunn    jefdun@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    trustee7@metandnem.com,  met.trustee7@att.net,pmetrou@ecf.epiqsystems.com
              Steven A Montalto    on behalf of Creditor   Total Finance AC LLC smontalto@cassiday.com
                                                                                             TOTAL: 6
```